OPINION ON REHEARING

FILED

Jul 06 2020, 8:25 am

CLERK
Indiana Supreme Court
Court of Appeals
and Tax Court



APPELLANT PRO SE

David Pannell
Pendleton, Indiana

ATTORNEYS FOR APPELLEE

Curtis T. Hill, Jr.
Attorney General of Indiana

Natalie F. Weiss
Deputy Attorney General
Indianapolis, Indiana

# IN THE
# COURT OF APPEALS OF INDIANA

David Pannell,

*Appellant-Plaintiff,*

v.

Bessie E. Leonard,

*Appellee-Defendant.*

July 6, 2020

Court of Appeals Case No.
19A-PL-938

Appeal from the LaPorte Superior
Court

The Honorable Richard R.
Stalbrink, Jr., Judge

Trial Court Cause No.
46D02-1801-PL-111

**Darden, Senior Judge.**

David Pannell has petitioned for rehearing of our memorandum decision dated March 3, 2020.[1] We grant rehearing for the limited purpose of correcting a factual error in the decision but otherwise affirm.

In our original decision, we stated incorrectly that on March 6, 2018, the federal district court had dismissed Pannell's complaint "with prejudice." *Pannell v. Leonard*, Case No. 19A-PL-938, *3 (Ind. Ct. App. March 3, 2020). Whereas, the federal district court had dismissed his complaint "without prejudice," and remanded back to the trial court for consideration of any state-law claims by Pannell. *Id.*

Aside from the factual error, we affirm our original memorandum decision in all aspects.

Riley, J., and Tavitas, J., concur.

---

[1] Pannell captions his petition as a "Suggestion for Petition for Rehearing Enbanc." The Court of Appeals of Indiana does not review decisions en banc.